IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. QUIÑONES-MALDONADO<br>2) JOAO AMIR RODRIGUEZ-MELENDEZ<br>**3) GILBERTO GUTIERRES-VEGA**<br>4) JAILEEN FIGUEROA-PAGAN<br>Defendants | CRIMINAL 12-0084CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 13, 2012 (**docket entry 94**) on a Rule 11 proceeding of defendant Gilberto Gutiérres-Vega (3) held before U.S. Magistrate Judge Bruce J. McGiverin on July 12, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 12, 2012. The **sentencing hearing is set for October 10, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge